July 26, 1984.

479 A.2d 1139

Commonwealth v. Rivera, Appellant.

Submitted March 19, 1984. Jay N. Abramowitch, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and ROWLEY and CERCONE, JJ.

Appeal quashed.

SPAETH, President Judge, and BECK, J., concurred in the result.

July 27, 1984.

479 A.2d 1139

Bittner, Appellant, v. Union Labor Life Insur. Co.

Argued May 8, 1984. Herbert Braker, for appellant; Philip D. Priore, for appellee.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

Order affirmed.